UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
WAI YIP CHAN, JIAN MIN CHEN,
JIAN QUAN KUANG and ZHIGANG ZHAO,

     Plaintiff,

                   ORDER
 -against-             01 CV 8422 (ILG) (JMA)

NEW OCEAN EMPIRE SEAFOOD
RESTAURANT, INC., et al.,

     Defendants.
----------------------------------------------------------x

GLASSER, United States District Judge:

  The matter was referred to Magistrate Judge Azrack for a Report and Recommendation regarding the plaintiffs' application for entry of default and damages. That Report and Recommendation, dated April 8th, 2005, advised the defendant that objections to it, if any, were to be filed and served within 10 days of receipt, and that failure to do so may be regarded as a waiver of the right to appeal. As of this date, no objection has been filed.

  The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, the Clerk of Court is hereby directed to enter default judgment against the defendants New Ocean Empire Seafood Restaurant, Inc., and Ocean Empire Seafood Restaurant, Inc., Gen Lin Chan and Wai Hung Chan, in the amount of $1,472,437 in damages, including liquidated and prejudgment interest;

and, that default judgment be entered against defendant Tsang King Wah, in the amount of $598,039.98 in damages, including liquidated damages and prejudgment interest.

SO ORDERED.

Dated:   Brooklyn, New York
         May 3, 2005

                                        S/ _____
                                        I. Leo Glasser

Copies sent to:

Honorable Joan M. Azrack
United States Magistrate Judge

Kenneth Kimerling, Esq.
Asian American Legal Defense &
     Education Fund Inc.
99 Hudson Street
New York, NY 10013